**LAW OFFICES OF MAXIM LISSAK, PLLC**
Maxim Lissak, Esq. (WASBA: 49605)
  (*Local Counsel for Plaintiff Nasim Ghazanfari*)
maxim@lissaklawfirm.com
400 112th Ave NE, Suite 140
Bellevue, WA 98004
Phone: (206) 229-6602
Facsimile: (206) 425-650-8490

**C.O. LAW, APC**
Clark Ovruchesky, Esq. (CA SBN 301844)
  (*Pro Hac Vice*)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| NASIM GHAZANFARI,<br>Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC;<br>Defendants. | CASE NO. 2:19-cv-00694-RAJ-MAT<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TOYOTA MOTOR CREDIT CORPORATION D/B/A LEXUS FINANCIAL SERVICES** |

Plaintiff Nasim Ghazanfari, by counsel, and Defendant Toyota Motor Credit Corporation d/b/a Lexus Financial Services ("Toyota"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Toyota only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

STIPULATION AND ORDER OF DISMISSAL - 1
(2:19-cv-00694-RAJ-MAT)

Respectfully submitted,

Date: October 24, 2019

*s/ Clark Ovruchesky (Pro Hoc Vice)*
Clark Ovruchesky, Esq.
C.O. Law APC
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Fax: (619) 330-7610
E-Mail: co@colawcalifornia.com

Maxim Lissak, Esq. (local counsel)
Law Offices of Maxim Lissak, PLLC
400 112th Avenue NE, Suite 140
Bellevue, WA 98004
Telephone: (206) 229-6602
E-Mail: maxim@lissaklawfirm.com

*Counsel for Plaintiff Nasim Ghazanfari*

Date: October 24, 2019

*s/ Garrett Garfield (with consent)*
Garrett Garfield, Esq., WSBA No. 48375
Holland & Knight LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Ave
Portland, OR 97204
Telephone: (503) 243-2300
Facsimile: (503) 241-8014
E-Mail: garrett.garfield@hklaw.com

*Lead Counsel for Defendant Toyota Motor Credit Corporation d/b/a Lexus Financial Services*

IT IS SO ORDERED.

Dated this **18**ᵗʰ day of **November**, 20**19**.

_____
Richard A. Jones
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 3
(2:19-cv-00694-RAJ-MAT)