James L. Policchio, Esq. (Admitted *Pro Hac Vice*)      Judge Richard A. Jones
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-Mail: jpolicchio@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, Esq., WSBA #35477
Montgomery Purdue Blankinship & Austin PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA 98104-7096
Telephone: 206-682-7090
Fax: 206-625-9534
E-Mail: biv@mpba.com

*Local Counsel for Defendant Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| NASIM GHAZANFARI,<br>    Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC;<br>    Defendants. | CASE NO. 2:19-cv-00694-RAJ-MAT<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Nasim Ghazanfari, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL - 1**
**(2:19-cv-00694-RAJ-MAT)**

Respectfully submitted,

Date: November 12, 2019

s/ Clark Ovruchesky (with consent)
Clark Ovruchesky, Esq.
C.O. Law APC
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Fax: (619) 330-7610
E-Mail: co@colawcalifornia.com

Maxim Lissak, Esq.
Law Offices of Maxim Lissak, PLLC
400 112th Avenue NE, Suite 140
Bellevue, WA 98004
Telephone: (206) 229-6602
E-Mail: maxim@lissaklawfirm.com

*Counsel for Plaintiff Nasim Ghazanfari*

Date: November 12, 2019

s/ James L. Policchio
James L. Policchio, Esq.
 (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-Mail: jpolicchio@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, Esq.
 WA State Bar No. 35477

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL - 2**
**(2:19-cv-00694-RAJ-MAT)**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257

IT IS SO ORDERED.

Dated this  18th  day of  November , 20___.

Richard A. Jones
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 3
(2:19-cv-00694-RAJ-MAT)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257