1

**LAW OFFICES OF MAXIM LISSAK, PLLC**
Maxim Lissak, Esq. (WASBA: 49605)

2
   (*Local Counsel for Plaintiff Nasim Ghazanfari*)
maxim@lissaklawfirm.com

3
400 112th Ave NE, Suite 140
Bellevue, WA 98004

4
Phone: (206) 229-6602

5
Facsimile: (206) 425-650-8490

6

**C.O. LAW, APC**
Clark Ovruchesky, Esq. (CA SBN 301844)

7
   (*Pro Hac Vice*)

8
co@colawcalifornia.com
2404 Broadway, Suite 150

9
San Diego, CA 92102
Telephone: (619) 356-8960

10

11

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON (SEATTLE)**

12

13
NASIM GHAZANFARI,
    Plaintiff,

CASE NO. 2:19-cv-00694-RAJ-MAT

14

15
vs.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO**

16
TOYOTA MOTOR CREDIT CORPORATION
d/b/a LEXUS FINANCIAL SERVICES;

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

17
TRANS UNION, LLC; EXPERIAN
INFORMATION SOLUTIONS, INC.; and

18
EQUIFAX INFORMATION SERVICES LLC;
    Defendants.

19

20

21
    Plaintiff Nasim Ghazanfari, by counsel, and Defendant Experian Information Solutions,

22
Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them

23
have been compromised and settled, and that Plaintiff's cause against Experian should be

24
dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

25
///

26
///

///

**STIPULATION AND ORDER OF DISMISSAL - 1**
**(2:19-cv-00694-RAJ-MAT)**

1                                   Respectfully submitted,

2

3    Date: November 27, 2019                *s/ Clark Ovruchesky (Pro Hoc Vice)*
                                         Clark Ovruchesky, Esq.

4                                         C.O. Law APC
                                       2404 Broadway, Suite 150

5                                         San Diego, CA  92102
                                       Telephone:  (619) 356-8960

6                                         Fax:  (619) 330-7610
                                       E-Mail:  co@colawcalifornia.com

7

8                                         Maxim Lissak, Esq. (local counsel)
                                       Law Offices of Maxim Lissak, PLLC

9                                         400 112th Avenue NE, Suite 140
                                       Bellevue, WA  98004

10                                      Telephone:  (206) 229-6602
                                     E-Mail:  maxim@lissaklawfirm.com

11

12                                     *Counsel for Plaintiff Nasim Ghazanfari*

13

14    Date: November 27, 2019                *s/ Rachel D. Groshong (with consent)*
                                       Rachel D. Groshong, WSBA No. 47021

15                                         Stoel Rives LLP
                                       600 University Street, Suite 3600

16                                      Seattle, WA 98101
                                       Telephone:  (206) 386-7545

17                                         Facsimile:  (206) 386-7500
                                       E-Mail:  rachel.groshong@stoel.com

18

19                                     *Counsel for Defendant Experian*
                                     *Information Solutions, Inc.*

20

21

22

23

24

25

26

**STIPULATION AND ORDER OF DISMISSAL - 2**
**(2:19-cv-00694-RAJ-MAT)**

1   IT IS SO ORDERED.

2   Dated this 3b5 day of ___January___ , 20**20**

3

4                  _____

                     Richard A. Jones

5                     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL - 3
(2:19-cv-00694-RAJ-MAT)