**LAW OFFICES OF MAXIM LISSAK, PLLC**
Maxim Lissak, Esq. (WASBA: 49605)
   (*Local Counsel for Plaintiff Nasim Ghazanfari*)
maxim@lissaklawfirm.com
400 112th Ave NE, Suite 140
Bellevue, WA 98004
Phone: (206) 229-6602
Facsimile: (206) 425-650-8490

**C.O. LAW, APC**
Clark Ovruchesky, Esq. (CA SBN 301844)
   (*Pro Hac Vice*)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| NASIM GHAZANFARI,<br>    Plaintiff,<br><br>vs.<br><br>TOYOTA MOTOR CREDIT CORPORATION d/b/a LEXUS FINANCIAL SERVICES; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC;<br>    Defendants. | CASE NO. 2:19-cv-00694-RAJ-MAT<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

Plaintiff Nasim Ghazanfari, by counsel, and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Equifax should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

STIPULATION AND ORDER OF DISMISSAL - 1
(2:19-cv-00694-RAJ-MAT)

Respectfully submitted,

Date: January 29, 2020

*s/ Clark Ovruchesky (Pro Hoc Vice)*
Clark Ovruchesky, Esq.
C.O. Law APC
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Fax: (619) 330-7610
E-Mail: co@colawcalifornia.com

Maxim Lissak, Esq. (local counsel)
Law Offices of Maxim Lissak, PLLC
400 112th Avenue NE, Suite 140
Bellevue, WA 98004
Telephone: (206) 229-6602
E-Mail: maxim@lissaklawfirm.com

*Counsel for Plaintiff Nasim Ghazanfari*

Date: January 29, 2020

*s/ Jeffrey M. Edelson (with consent)*
Jeffrey M. Edelson
MARKOWITZ HERBOLD PC
1211 SW 5th Avenue, Suite 3000
Portland, OR 97204-3730
Telephone: (503) 295-3085
E-Mail: JeffEdelson@MHGM.com

*Counsel for Defendant Equifax Information Services LLC*

STIPULATION AND ORDER OF DISMISSAL - 2
(2:19-cv-00694-RAJ-MAT)

IT IS SO ORDERED.

Dated this 31st day of January, 2020.

Richard A. Jones
United States District Judge